## STATE OF CONNECTICUT *v.* EDWARD RADZVILOWICZ

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 1 (AC 14734), is denied.

*Lewis H. Chimes*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided December 10, 1997

## STATE OF CONNECTICUT *v.* JASON B.

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 68 (AC 15323), is granted, limited to the following issues: